OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

2/25/2015

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
$ 00.26⁵
MAR 02 2015
MAILED FROM ZIP CODE 78701

PRESORTED FIRST CLASS

CALHOUN, DEAN EDWARD    Tr. Ct. No. CR2010-216-3    WR-82,240-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

**NO LONGER INCARCERATED IN COMAL COUNTY JAIL**

DEAN EDWARD CALHOUN
COMAL COUNTY JAIL #563762
3005 W. SAN ANTONIO ST.
NEW BRAUNFELS, TX 78130

ANK